**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL ACTION 08-00238-KD** |
| | ) | |
| **FRANCIS EDWARD TYRRELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This matter is before the Court on the defendant's motion for approval of funds wherein he seeks approval for payment of $585.00 to Dr. Elizabeth Harper, M.D. for a neurological examination, EEG if necessary, and follow-up visit (doc. 53).  Upon consideration of the defendant's financial inability to obtain the services of Dr. Harper,[1] the necessity of the services, and the fact that the anticipated costs of $585.00 do not exceed the amount available under 18 U.S.C. 3006A(e)(3),[2] defendant's motion is **GRANTED**.

**DONE** and **ORDERED** this 12th day of May, 2009.

s / Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

_____

[1] 18 U.S.C. § 3006A(e)(1) provides that "[c]ounsel for a person who is financially unable to obtain investigative, expert, or other services necessary for adequate representation may request them in an ex parte application."  Defendant provided a financial affidavit and the Office of the Federal Defender was initially appointed to represent him (doc. 5,6 ).  Subsequent thereto, a CJA panel attorney was appointed (doc. 44).

[2] 18 U.S.C. §3006A(e)(3) provides that compensation for services shall not exceed $1,600.00 exclusive of reimbursement for reasonable expenses unless approved by the chief judge of the circuit.