IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *  CRIMINAL NO.   08-00238-KD |
| **v.** | * |
| | * |
| **FRANCIS EDWARD TYRRELL** | * |

## FINAL ORDER AND JUDGMENT OF FORFEITURE

**WHEREAS**, on September 11, 2008, the defendant entered a blind plea agreement with a the United States of America, in which he pled guilty to Counts One and Two of the indictment filed by the United States Attorney, charging him:  from April 28, 2006 to July 15, 2008, he knowingly possessed and attempted to possess images of child pornography that were mailed, shipped and transported in interstate commerce by any means, including by computer, in violation of 18 U.S.C. §2252A(a)(5)(B) and Section 2256(8)(A) (Count One); and, during the same time period he knowingly received and distributed images of child pornography as defined in 18 U.S.C. §2256(8)(A) that had been shipped in interstate and foreign commerce, specifically by computer, in violation of 18 U.S.C. §2252A(a)(2) and (b)(1) (Count Two).  The defendant agreed in the Guilty Plea to immediately forfeit to the United States all of the defendant's right, title, and interest to all property which is set forth in Count Three of the indictment and which is forfeitable to the United States pursuant to Title 18 United States Code, Section 2253(a)(3).  Pursuant to the Guilty Plea, Defendant, **FRANCIS EDWARD TYRRELL**, agreed to and confessed to forfeit the following property:

      1.      **One Toshiba Satellite Laptop Computer SN: 26129298Q**
      2.      **One 2008-028-001 Hitachi Travelstar hard drive, SN: XKKWW93M**
      3.      **One Dell PC Tower - MCM SN: MCM8S7SW01**
      4.      **One Seagate Series 5 hard drive, SN: 6ED3DJKN**

**WHEREAS**, on March 12, 2009, pursuant to the defendant's guilty plea, admission to the forfeiture allegation and Fed. R. Crim. P. 32.2(b)(3), the Court entered a Preliminary Order of Forfeiture preliminarily forfeiting the interest of defendant, Francis Edward Tyrrell, in the above-described property; and,

**WHEREAS,** the United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for 30 consecutive days starting March 13, 2009, on www.forfeiture.gov,  A Proof of Publication was filed on April 15, 2009, (Doc. 50), specifying the details of this publication.  Pursuant to the published notice and 21 U.S.C. §853(n)(2) any third party having an interest in the above-described property had until thirty (30) days from the last date of publication (April 11, 2009) to file a petition asserting their alleged interest.  Thus, any such third party had until May 11, 2009, to file such a petition.  No third-parties came forward to assert an interest in the above-described property and the time to do so expired on May 11, 2009.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to the United States of America pursuant to Title 18 United States Code, Sections 2252A(a)(5)(B), 2252(a)(2) and (b)(1), 2256(8)(A), 2253(a)(3) and Federal Rule of Criminal Procedure 32.2(b), for disposition

according to law:

    1.    **One Toshiba Satellite Laptop Computer SN: 26129298Q**
    2.    **One 2008-028-001 Hitachi Travelstar hard drive, SN: XKKWW93M**
    3.    **One Dell PC Tower - MCM SN: MCM8S7SW01**
    4.    **One Seagate Series 5 hard drive, SN: 6ED3DJKN**

**IT IS FURTHER ORDERED** that the United States shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney Alex F. Lankford, IV.

**DONE** and **ORDERED** this 10th day of June, 2009.

    **s/ Kristi K. DuBose**
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**