**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION 08-00238-KD** |
| | ) | |
| **FRANCIS EDWARD TYRRELL,** | ) | |
|     **Defendant.** | ) | |

**ORDER**

This matter is before the Court on a review of the Judgment entered in the above-styled action on June 16, 2009 (Doc. 62). It has come to the Court's attention, through correspondence sent directly to the Court by the Defendant Francis Edward Tyrrell, that the Judgment contains a clerical error. Specifically, the Judgment mistakenly states that the defendant was adjudicated guilty of distribution of child pornography in violation of 18 U.S.C. § 2256(8)(A) as charged in Count 2 of the Indictment. In fact, Section 2256(8)(A) does not describe any offense conduct, and Count 2 of the Indictment charged the defendant with the knowing receipt of child pornography in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1). It was to that offense that the defendant pled guilty (see Doc. 22), and it is the opinion of the Court that the Judgment is therefore due to be amended pursuant to Rule 36 of the Federal Rules of Criminal Procedure, which authorizes the Court to correct a clerical error in a Judgment at any time.

Accordingly, it is **ORDERED** that any objection to the amendment of the Judgment entered on June 16, 2009 as set forth herein shall be filed by October 18, 2011. If no such objection is filed, then the Judgment will be **AMENDED** nunc pro tunc without further order of this Court to read:

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count No.(s) |
|---|---|---|---|
| 18:2252A(a)(5)(B) | possess of child pornography | 07/15/2008 | 1 |
| 18:2252A(a)(2) & (b)(1) | receipt of child pornography | 07/15/2008 | 2 |
| 18:2253 | forfeiture count (see attached order of forfeiture) | | 3 |

All other provisions of the Judgment will remain the same.

**DONE** and **ORDERED** this 5th day of October 2011.

s/ Kristi K DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**